# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ESTHELA RODRIGUEZ, | ) ED CV 07-00974-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: May 25, 2011

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE